Elayna J. Youchah, SB #169954
Jessica C. Espinoza, SB #235941
SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Phone: (702) 382-2101
Fax: (702) 382-8135

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOLEIMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JT3 CALIFORNIA, a Delaware limited liability company; DENNIS REP, an individual; GARY GLAZNER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:05-cv-00074-AWI-SMS<br><br>**STIPULATION AND ORDER TO STAY AND TO EXTEND DISCOVERY**<br><br>ORDER VACATING SETTLEMENT CONFERENCE HEARING of 11/8/2005 at 1:30p.m. BEFORE JUDGE SNYDER |

Plaintiff Michael Soleiman and Defendants JT3 LLC, Dennis Rep, and Gary Glazner (collectively Plaintiff and Defendants are referred to as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. To date, the Parties have engaged in written discovery with Plaintiff propounding interrogatories and document requests upon Defendants and Defendants propounding interrogatories and document requests upon Plaintiff;

2. The Parties have respectively responded to all written discovery requests and none remains outstanding at this time;

3. Defendants have taken the deposition of Plaintiff;

4. Defendants have requested dates for the depositions of Karen Soleiman and Sandra Butcher;

PDF created with pdfFactory trial version www.pdffactory.com

5.     Plaintiff has requested dates for the deposition of Mr. Rep, Mr. Glazner, Nancy Patton, Rey Garza, Maurice Wright, Jim Tedeschi, JT3 LLC's 30 (b)(6) regarding the reduction in force resulting in Plaintiff's layoff, and various other witnesses;

6.     The Parties believe that private mediation may result in settlement of this dispute and therefore have agreed that all discovery should be stayed in this matter in order to allow the parties to engage in such efforts without the continued accumulation of attorney's fees and costs;

7.     The Parties have agreed to a mediator, a date for mediation, and a place for mediation, which shall be before Earl Willens, on November 30, 2005, in Los Angeles, California;

8.     The Parties have agreed that should they be unable to resolve their differences on November 30, 2005, a discovery period shall recommence for a period of 60 days beginning on December 1, 2005 and ending on February 1, 2006, and

9.     Should the Parties fail to reach an agreement to resolve this dispute on November 30, 2005, the parties will contact the Court as soon as practicable thereafter to set all discovery deadlines attendant to a reopening of the discovery period.

Based upon the foregoing, the Parties ask the Court to enter an order that establishes the following:

1.     All discovery is stayed in the above captioned dispute, which stay commenced on October 3, 2005 and ends on November 30, 2005; and

2.     The Parties will contact the Court on December 1, 2005, or as soon thereafter as practicable, to advise the Court of whether a settlement has been reached and, if so, the time period within which the Court may expect a stipulation and order to dismiss this dispute with prejudice, or, if a settlement has not been reached a date upon which the Parties may, together with the Court set a new discovery schedule with all attendant dates.

SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

PDF created with pdfFactory trial version www.pdffactory.com

This stipulation and proposed order is respectfully submitted this 11th day of October, 2005.

| REHWALD RAMESON LEWIS & GLASNER | SCHRECK BRIGNONE |
|---|---|
| /s/ Lawrence M. Glasner | /s/ Elayna J. Youchah |
| Lawrence M. Glasner, Bar #142677 | Elayna J. Youchah, SB #169954 |
| 5855 Topanga Canyon Boulevard Suite 400 | Jessica C. Espinoza, SB #235941 |
| Woodland Hills, California 91367-4621 | 300 South Fourth Street, Suite 1200 |
| | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

FURTHER ORDERED that the Settlement Conference Hearing of 11/8/2005 at 1:30p.m. before Judge Snyder is VACATED.

/s/ Sandra M. Snyder
U.S. DISTRICT/MAGISTRATE JUDGE

DATE: 10/12/2005

PDF created with pdfFactory trial version www.pdffactory.com