# FILED

**December 13, 2005**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL SOLEIMAN,

                Plaintiff,              NO. 1:-05-cv-00074-AWI-SMS

vs.

                        ***ORDER RE DISPOSITIVE DOCUMENTS***
                          ***AFTER NOTICE OF SETTLEMENT***

CALIFORNIA JT3, LLC, etal,

                Defendants.
_____/

        Counsel has informed the court that the parties have settled the above-captioned case. **In accordance with the provisions of Local Rule 16-160, the court now orders that a dispositive documents be submitted no later than JANUARY 3, 2006.**

        **All court dates**, as well as any pending motions heretofore set in this matter are hereby **VACATED.**

        **Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who**

1 | **contributed to the violation of this order (see attached Notice of Local**

2 | **Rule 16-160 and Local Rule 16-272.)**

3 |

4 | **IT IS SO ORDERED.**

5 |

6 | DATED:     December 13, 2005

7 |

8 |                                          /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
9 |                                          UNITED STATES MAGISTRATE JUDGE

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

**NOTICE**

2

3

4

5                          **Local Rule 16-160**

6           **NOTICE OF SETTLEMENT OR OTHER DISPOSITION**

7

     **(a)  Notice**.  When  an  action  has  been  settled  or  otherwise
8 disposed of, or when any motion seeking general or interim relief has
     been  resolved,  whether  by  settlement  conference  or  out  of  Court,  and
9 whether  the  action  is  pending  in  the  District  Court  or  is  before  an
     appellate  court,  it  is  the  duty  of  counsel  to  inform  the  courtroom
10 deputy clerk and the assigned Court's chambers immediately.  See L.R.
     16-272.

11

     **(b)  Dispositional Documents**.      Upon   such   notification of
12 disposition  or  resolution  of  an  action  or  motion,  the  Court  shall
     thereupon fix a date upon which the documents disposing of the action or
13 motion  must  be  filed,  which  date  shall  not  be  more  than  twenty  (20)
     calendar  days  from  the  date  of  said  notification,  absent  good  cause.
14 The  Court  may,  on  good  cause  shown,  extend  the  time  for  filing  the
     dispositional  papers.   A  failure  to  file  dispositional  papers  on  the
15 date prescribed by the Court may be grounds for sanctions.  See L.R. 16-
     272.

16

17

18                          **Local Rule 16-272**

19                      **NOTICE OF SETTLEMENT**

20

     **(a)  General Rule**.  See L.R. 16-160.

21

     **(b)  Sanctions**.   If  for  any  reason  attributable  to  counsel  or
22 parties, including settlement, the Court is unable to commence a jury
     trial as scheduled where a panel of prospective jurors has reported for
23 voir dire, the Court may assess against counsel or parties responsible
     all or part of the cost of the panel.  See L.R. 11-110.

24

25

26

27

28