Elayna J. Youchah, SB #169954
Jessica C. Espinoza, SB #235941
SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Phone: (702) 382-2101
Fax: (702) 382-8135

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOLEIMAN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JT3 CALIFORNIA, a Delaware limited liability company; DENNIS REP, an individual; GARY GLAZNER, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:05-CV-00074-AWI-SMS<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED by Plaintiff Michael Soleiman ("Soleiman") and Defendants JT3 LLC ("JT3"), Dennis Rep ("Rep"), and Gary Glazner ("Glazner") (collectively Plaintiff and Defendants are referred to as the "parties") as follows:

      Soleiman's Complaint shall be dismissed with prejudice, each party to bear their own fees and costs;

      This stipulation is intended to dismiss all the claims between the parties to this litigation and result in dismissal of the action in its entirety.

This stipulation and proposed order is respectfully submitted this __ day of December, 2005.

| | |
|---|---|
| REHWALD RAMESON LEWIS & GLASNER | SCHRECK BRIGNONE |
| /s/ Lawrence M. Glasner | /s/ Elayna J. Youchah |
| Lawrence M. Glasner, Bar #142677<br>5855 Topanga Canyon Boulevard Suite 400<br>Woodland Hills, California  91367-4621 | Elayna J. Youchah, SB #169954<br>Jessica C. Espinoza, SB #235941<br>300 South Fourth Street, Suite 1200<br>Las Vegas, Nevada  89101 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

**Dated:   December 23, 2005**           /s/ **Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2